

FILED

04/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 21-0003

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 21-0003

IN RE PETITION OF MICHAEL J. ROCCAFORTE
TO SUBMIT LATE APPLICATION TO TAKE THE     O R D E R
BAR EXAM

Michael J. Roccaforte has filed a petition for leave to submit a late application to take the Montana Bar Examination scheduled to be administered in July 2021. Roccaforte's petition establishes good cause for the request. Roccaforte must also comply with all other applicable Rules of Admission, including character and fitness certification, in sufficient time to ultimately be able to sit for the examination. Therefore,

IT IS HEREBY ORDERED that the petition of Michael J. Roccaforte for leave to submit a late application to take the Montana Bar Examination in July 2021 is GRANTED, subject to completion of all exam prerequisites. The application should be submitted no later than April 30, 2021.

The Clerk shall provide copies of this order to the Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 13 day of April, 2021.

_____
Chief Justice

_____

_____

FILED

APR 1 3 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____
                Justices